# EXHIBIT A

Form CA 1-A: Notice and Acknowledge for Service by Mail



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Gary M Copeny
_____
*Plaintiff(s)*

v.

Case No: 2018 CA 000909 B

Hosteling International USA
_____
*Defendant(s)*

## NOTICE

To (insert name and address of the party to be served):
Hosteling International USA
1009 11th Street, NW
Washington, DC 20001

    The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

    You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

    If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

    If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 2/7/18

_____
*Signature*

2/7/18
_____
*Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____
*Signature*

*Relationship to Defendant/Authority to Receive Service*

*Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
(202) 879-4828
Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시요



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

GARY M COPENY
Vs.
HOSTELING INTERNATIONAL USA

C.A. No.   2018 CA 000909 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge HIRAM E PUIG-LUGO
Date:   February 7, 2018
Initial Conference: 9:30 am, Friday, May 25, 2018
Location:  Courtroom 317
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief   Judge   Robert   E.   Morin

CAIO-60



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_____
Plaintiff

vs.                                                                    Case Number 0000900

_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_____          *Clerk of the Court*
Name of Plaintiff's Attorney

_____   By _____
Address                                                                     Deputy Clerk

_____   Date _____
Telephone

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                    CASUM.doc

PLAINTIFF

GARY M COPENY

608 N 26TH STREET

RICHMOND VIRGINA 23223

757-933-3907

RECEIVED
CIVIL ACTIONS BRANCH
FEB 07 2018
Superior Court
of the District of Columbia
Washington, D.C.

THE DISTRICT OF COLUMBIA

WASHINGTON DC

VS

HOSTELING INTERNATIONAL USA

1009 11TH STREET NW

WASHINGTON DC 20001

202-7372333

CASE NO;

18-0000909

DEFENDANT        CIVIL CLAIM FOR UNLIMITED DAMAGES

TO THE HONORABLE JUDGE OF THE UNITED STATES CIRCUIT COURT OF THE DISTRICT OF COLUMBIA, PLAINTIFF SENDS HIS MOST HUMBLE RESPECTS TO THIS COURT, WITH THE OATH AND ETHICS THAT GOVERNS THIS COURT, WEATHER POOR ARE WEALTHY, OF A FAIR AND HONEST, AND NON DISCRIMINATORY RULEING, WITH THE PROPER VENUE FOR BEING THE UNDERLINEING BASIS FOR FILEING THIS CIVIL LAWSUIT, WITHIN THIS COURT FOR JUDICIAL CORRECTIVE LEGAL ACTION, AGAINST THE DEFENDANT.

FACTS IN THIS CIVIL CASE;

(1)

WHO HARMED YOU- PLAINTIFF STATES TRUTHFULLY TO THIS COURT THAT HE HAS BEEN INTENTIONALLY AND WRONFULLY AND ILLEGALLY HARMED BY THE DEFENDANT, WHILE HE WAS STAYING AT THE DEFENDANTS PLACE OF BUSINESS ON VACATION.

(2)

WHAT HAPPENED- PLAINTIFF STATES THAT HE WENT TO WASHINGTON DC ON A WEEKEND VACATION, AND WANTED TO EXPLORE A PLACE TO STAY AT THE INTERNATIONAL HOSTEL USA HOTEL, THE PLAINTIFF ASK THE DEFENDANT IF IT WOULD BE SAFE TO STAY HERE FOR TONIGHT , THE DEFENDANT REPLIED AND SAID YES IT WILL BE, PLAINTIFF STATES THAT, AFTER THE DEFENDANT MADE THAT FRAUDULENT DISHONEST STATEMENT, PLAINTIFF STATES THAT HE WAS ASSIGHNED A ROOM ON THE EIGHTH FLOOR OF THE HOTEL, AT WHICH TIME AFTER MIDNIGHT , THE PLAINTIFF WENT TO BED, AND BETWEEN 3;00AM AND 4;30AM LATE AT NIGHT , THE DEFENDANT BROKE INTO THE PLAINTIFFS HOTEL ROOM BY UNLAWFULL FORCE ENTRY, WITH THE ILLEGALL INVASION OF THE PLAINTIFFS PRIVACY AND PROCEEDED TO WERE THE PLAINTIFF WAS SLEEPING AT IN THE TOP BUNK IN THE BACK OF THE HOTEL ROOM, AND THE DEFENDANT THEN ABUSIVELY ATTACKED THE PLAINTIFF IN HIS SLEEP REPEATEDLY, FORCE RAPE , ORAL SEX, MOUTH TO PENIS, ASSAULT AND BATTERY, THE ILLEGALL TOUCHING OF THE PLAINTIFFS PRIVATE INTIMATE PART , BY UNZIPPING HIS PANTS, WITHOUT THE FORMAL CONSENT OF THE PLAINTIFF. A VERY SERIOUS CRIME.

(3)

WHEN DID IT HAPPEN-   10/7/2016

(4)

WHERE DID IT HAPPEN-   PROPER VENUE, WASHINGTON DC IN THE DISTRICT OF COLUMBIA

(5)

WHY DID IT HAPPEN- PLAINTIFF STATES THAT THE DEFENDANT IS A SEXUAL PREDITOR OF NOTHING MORE THAN TO ILLEGALLY TO CAUSE PERSONAL HARM TO THE PLAINTIFF WHILE HE WAS ON HIS VACATION, PLAINTIFF STATES THAT THE DEFENDANTS PLACE OF BUSINESS IS VERY DANGEROUS AND HAS KNOW SECURITY TO KEEP ITS PATRONS SAFE WHILE STAYING THERE AT THE HOTEL, THE ONLY THING THE DEFENDANT CARES ABOUT IS

SELFISH SEXUAL GRADIFICATIONS, ILLEGALL CRIMINAL BEHAVIOR, WITH KNOW JUSTIFICATION.

DAMAGES FOR THE VICTUM OF VIOLENT CRIME;

WHEREFORE; PLAINTIFF DEMANDS FROM THIS COURT IN UNLIMITED DAMAGES AMOUNT, AGAINST THE DEFENDANT, FOR ILLEGALL CRIMINAL BEHAVIOR AGAINST A PATRON, THAT INCLUDES, AND UNLAWFULL FORCE ENTRY, INVASION OF PRIVACY, ASSAULT AND BATTERY INTENTIONAL CONSPIRACY BY THE DEFENDANT AND STAFF TO HARM, WITHOUT ANY JUSTIFICATION WITH A POOR LACK OF SECURITY AT THE HOTEL.

WHEREFORE; PLAINTIFF DEMANDS 25000000 MILLION DOLLARS, FOR JUDICIAL PUNIHMENT OF THE DEFENDANT, THAT CAUSED THE PLAINTIFF AND INTENTIONAL PERSONAL INJURY.

WHEREFORE; PLAINTIFF DEMANDS FROM THIS COURT IN PUNITIVE DAMAGES AMOUNT, AGAINST THE DEFENDANT, THAT INCLUDES MENTAL ANGUISH AND EMOTIONAL DISTRESS AND HULMILIATION, WHILE THE PLAINTIFF WAS ON HIS VACATION, IN WHICH HE WAS INTENTIONALLY HARMED, FOR KNOW REASON AT ALL.

RESPECTIVELY SUBMITTED,

GARY M COPENY       PRO SE   PROSECUTEING ATTORNEY, APRENTICESHIP LAW,

757-933-3907

Civil rules of civil procedure;